## Commonwealth v. Webb, Appellant.

Argued June 9, 1970. *Samuel Dashiell,* for appellant; *James D. Crawford,* Deputy District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

MONTGOMERY, J., dissents.

HOFFMAN, J., took no part in the consideration or decision of this case.

## Commonwealth v. White, Appellant.

Argued June 9, 1970. *Harold B. Vikoren,* Assistant Public Defender, for appellant; *Stephen B. Harris,* Assistant District Attorney, with him *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Whitner, Appellant.

Submitted June 12, 1970. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.